United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE BAY BARNES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-142 |
| | § | |
| GRIEVANCE DEPARTMENT | § | |
| OFFICIALS (ALL), *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a Texas state prisoner. Plaintiff George Bay Barnes is currently assigned to TDCJ's Coffield Unit in Tennessee Colony, Texas. In his complaint, plaintiff sues officials at the Coffield Unit for violations occurring at that unit (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which Plaintiff complains occurred in Anderson County, Texas, and Plaintiff and Defendants are located there (D.E. 1). Anderson County

lies within the Tyler Division of the Eastern District of Texas. 28 U.S.C. § 124(c)(1). The interests of justice would be served by a transfer to the Tyler Division of the Eastern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Eastern District of Texas, Tyler Division. All pending motions are denied without prejudice but subject to renewal after the case is transferred.

ORDERED this 1st day of May, 2017.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE